**Western Digital Technologies, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
**Case No. 17-cv-02575**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | chengsky2013 | 2 | afforddaily |
| 3 | alwaysoutlet | 4 | bestbid818 |
| 5 | cn-jinka | 6 | dentalove |
| 7 | fangfangzuo | 8 | fast-ship-item |
| 9 | galaxyond | 10 | goparts_shopping |
| 11 | hello2usa | 12 | hotbid8088 |
| 13 | iphona5s | 14 | lifewin1201 |
| 15 | rduj6688 | 16 | rotarytattoo |
| 17 | shintent2wincoltd | 18 | super-medical-shop |
| 19 | sweepworld | 20 | ti.h777 |
| 21 | top5zoom | 22 | yanhk14 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/chengsky2013 | 2 | ebay.com/usr/afforddaily |
| 3 | ebay.com/usr/alwaysoutlet | 4 | ebay.com/usr/bestbid818 |
| 5 | ebay.com/usr/cn-jinka | 6 | ebay.com/usr/dentalove |
| 7 | ebay.com/usr/fangfangzuo | 8 | ebay.com/usr/fast-ship-item |
| 9 | ebay.com/usr/galaxyond | 10 | ebay.com/usr/goparts_shopping |
| 11 | ebay.com/usr/hello2usa | 12 | ebay.com/usr/hotbid8088 |
| 13 | ebay.com/usr/iphona5s | 14 | ebay.com/usr/lifewin1201 |
| 15 | ebay.com/usr/rduj6688 | 16 | ebay.com/usr/rotarytattoo |
| 17 | ebay.com/usr/shintent2wincoltd | 18 | ebay.com/usr/super-medical-shop |
| 19 | ebay.com/usr/sweepworld | 20 | ebay.com/usr/ti.h777 |
| 21 | ebay.com/usr/top5zoom | 22 | ebay.com/usr/yanhk14 |