**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., | ) ) ) | Case No. 17-cv-02575 |
| Plaintiff, | ) ) | **Judge Andrea R. Wood** |
| v. | ) ) | **Magistrate Judge Maria Valdez** |
| CHENGSKY2013, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 11, 2017, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Andrea R. Wood in Courtroom 1925 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal.

Dated this 5th day of April 2017.        Respectfully submitted,

                                              /s/ Justin R. Gaudio
                                              Kevin W. Guynn
                                              Amy C. Ziegler
                                              Justin R. Gaudio
                                              Jessica L. Bloodgood
                                              Greer, Burns & Crain, Ltd.
                                              300 South Wacker Drive, Suite 2500
                                              Chicago, Illinois 60606
                                              312.360.0080
                                              312.360.9315 (facsimile)
                                              kguynn@gbc.law
                                              aziegler@gbc.law
                                              jgaudio@gbc.law
                                              jbloodgood@gbc.law

                                              *Counsel for Plaintiff Western Digital Technologies, Inc.*