IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHENGSKY2013, et al., <br><br> Defendants. | Case No. 17-cv-02575 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Western Digital Technologies, Inc. ("Western Digital" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| yanhk14 | 22 |
| chengsky2013 | 1 |
| goparts_shopping | 10 |
| lifewin1201 | 14 |
| fangfangzuo | 7 |

| | |
|---|---|
| Dated this 5th day of June 2017. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Kevin W. Guynn<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Jessica L. Bloodgood<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>kguynn@gbc.law<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>jbloodgood@gbc.law<br><br>*Counsel for Plaintiff Western Digital Technologies, Inc.* |