**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Western Digital Technologies, Inc.

                            Plaintiff,

v.                                        Case No.: 1:17−cv−02575

                                        Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Only counsel for Plaintiff appeared. Plaintiff's motion for entry of default and default judgment against Defendants identified in Amended Schedule A, with the exception of a certain Defendant [34] is granted. The Court enters default against Defendants identified in Amended Schedule A, with the exception of alwaysoutlet, rotarytattoo, bestbid818, dentalove, fast−ship−item, galaxyond, hello2usa, hotbid8088, iphona5s, top5zoom, and super−medical−shop in accordance with FRCP 55(a). Enter judgment order. Status hearing set for 7/6/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.