## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Western Digital Technologies, Inc.

                        Plaintiff,

v.

Case No.: 1:17−cv−02575

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 6, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Only counsel for Plaintiff appeared. Counsel for Defendant is reminded that an appearance is required at all scheduled hearings. The Court adopts the discovery schedule proposed in the parties' Joint Initial Status Report [42]. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by 7/28/2017. Written discovery shall be issued by 8/11/2017. Fact discovery shall be completed by 11/11/2017. Status hearing set for 11/7/2017 at 9:00 AM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.